UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



THE HARTFORD FIRE INSURANCE COMPANY,
as subrogee of Technical Equipment Sales,

Plaintiff,

v.  ACTION NO. 2:10cv191

SUNTECK TRANSPORTATION GROUP, INC.
and
CASTELL TRUCKING CORPORATION,

Defendants.

ORDER

This matter comes before the court on the Motion for Default Judgment as to Castell Trucking Corporation ("Castell"), filed by the plaintiff on August 7, 2010. The matter was referred to a United States Magistrate Judge by order of August 10, 2010, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

The United States Magistrate Judge's Report and Recommendation was filed on September 17, 2010. The magistrate judge recommended entry of judgment by default in favor of plaintiff and against Castell pursuant to Rule 55 of the Federal Rules of Civil Procedure, in an amount to be determined upon the date of final

judgment based on actual damages of $108,161.99, plus prejudgment interest from May 2, 2008, and costs. The magistrate judge also recommended that this entry of judgment by default against Castell be held in abeyance until the conclusion of this action with respect to defendant Sunteck Transportation Group, Inc.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed September 17, 2010. Accordingly, the plaintiff's motion for default judgment against Castell is **GRANTED**. The amount of said default judgment is to be determined upon the date of final judgment based on actual damages of $108,161.99, plus prejudgment interest from May 2, 2008, and costs; entry of judgment by default in favor of plaintiff and against Castell shall be held in abeyance until the conclusion of this action with respect to defendant Sunteck Transportation Group, Inc.

The Clerk shall forward a copy of this Order to all parties of record.

Norfolk, Virginia
October 13, 2010

/s/
Rebecca Beach Smith
United States District Judge

2