UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED

JUL 19 2011

CLERK U.S. DISTRICT COURT
NORFOLK, VA

THE HARTFORD FIRE INSURANCE COMPANY,
as subrogee of Technical Equipment Sales,

Plaintiff,

v.

ACTION NO. 2:10cv191

SUNTECK TRANSPORTATION GROUP, INC.
and
CASTELL TRUCKING CORPORATION,

Defendants.

## ORDER

This matter comes before the court on defendant, Sunteck Transportation Group, Inc. ("Sunteck"), Motion for Entry of Default Judgment Against Castell on Sunteck's Cross-Claims, filed by Sunteck on April 8, 2011. The matter was referred to a United States Magistrate Judge by Order of May 16, 2011, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

The United States Magistrate Judge's Report and Recommendation was filed on June 29, 2011. The magistrate judge recommended that Sunteck's Motion be denied, and that Castell lose its standing as to Sunteck's cross-claims, including the right to present evidence

at the trial, pursuant to the entry of default under Federal Rule of Civil Procedure 55(a).

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed June 29, 2011. Accordingly, the defendant's, Sunteck, Motion for Entry of Default Judgment Against Castell on Sunteck's Cross-Claims is **DENIED**. The court also **ORDERS** that, pursuant to the entry of default under Rule 55(a), Castell loses its standing as to Sunteck's cross-claims, including the right to present evidence at trial.

The Clerk shall forward a copy of this Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
United States District Judge

REBECCA BEACH SMITH
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

July 19 , 2011

2